**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREA VAN SCOY, et al.,<br><br>　　　　　　Plaintiffs,<br>　vs.<br>NEW ALBERTSON'S, INC., et. al,<br>　　　　　　Defendants.<br>　　　　　　　　　　　　　　／ | CASE NO. CV F 08-0648 LJO SMS<br><br>**ORDER TO TRANSFER ACTION TO COURT'S SACRAMENTO DIVISION** |

Review of the record reflects that this action was inadvertently filed in this Court's Fresno Division although this Court's Sacramento Division is the proper venue. As such this Court:

1. TRANSFERS this action to this Court's Sacramento Division;
2. DIRECTS the clerk to take necessary action to transfer this action to this Court's Sacramento Division; and
3. VACATES all pending dates, including the October 29, 2008 scheduling conference, before this Court's Fresno Division.

IT IS SO ORDERED.

**Dated:   September 18, 2008**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1