Jill E. Barwick, Esq.
BARWICK LAW FIRM
1303 Jefferson Street, Suite 200A
Napa, CA 94559
Telephone: (707) 258-1799
Attorney for Plaintiff

Steven R. Blackburn   State Bar No. 154797
Matthew A. Goodin    State Bar No. 169674
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:   415.398.3500
Facsimile:   415.398.0955
sblackburn@ebglaw.com
mgoodin@ebglaw.com
Attorneys for Defendant,
SAVE MART SUPERMARKETS
(successor in interest to ALBERTSONS INC.
and ALBERTSONS LLC)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREA VAN SCOY, LYNDA AZEVEDO, DIANA MURDOCK, CHRISTINA CARNES, MINA JO GUERRERO, MIRACLE JOHNSON, ROSANNE LAZUKA, PATRICIA LOGAN, TERESA LYON, THERESA ORTH, AND MARA GRACE SMITH,<br><br>Plaintiff,<br><br>v.<br><br>NEW ALBERTSON'S, INC., ALBERTSON'S, INC., SAVE-MART SUPERMARKETS, INC., LUCKY'S INC.; and DOES 1 through 25 inclusive,<br><br>Defendant. | CASE NO. 2:08-cv-02237-MCE-DAD<br><br>**JOINT STIPULATION AND REQUEST TO MODIFY PRE-TRIAL SCHEDULING ORDER; ORDER THEREON** |

The parties hereby jointly submit the following stipulation and request to modify certain portions of the Court's pre-trial scheduling order dated April 21, 2009:

WHEREAS Plaintiff's counsel, Jill Barwick, was recently notified that her father is gravely and terminally ill;

1     WHEREAS Plaintiff's counsel is a sole practitioner and needs to take some time off to care for her father and to administer his estate; that the day-to-day demands combined with the uncertainty of his final day, other than it being "imminent," have limited counsel's availability to participate in discovery during this time period.

    WHEREAS the parties in this matter have accordingly agreed to place discovery on hold in this matter until February 1, 2010;

    WHEREAS the discovery cutoff date in this matter is currently set for April 14, 2010, the expert discovery deadline is set for June 14, 2010, and the deadline for motions for summary judgment is set for August 13, 2010. The parties jointly respectfully request that these dates be continued for approximately four months. The parties do not request a continuance of the pre-trial conference, trial date, or deadline for evidentiary and procedural motions, but consent to a continuation of those dates if the Court believes such is necessary.

Respectfully submitted,

DATED: December 23, 2009    BARWICK LAW FIRM

By: /s/
    Jill E. Barwick
Attorneys for Plaintiffs

DATED: December 23, 2009    EPSTEIN BECKER & GREEN, P.C.

By: /s/
    Steven R. Blackburn
    Matthew A. Goodin
Attorneys for Defendant
SAVE MART SUPERMARKETS

# **ORDER**

Upon reviewing the parties' Stipulation and request to modify pre-trial scheduling order, and good cause appearing therefor, the Court hereby grants the parties' request and modifies the current pre-trial scheduling order as follows:

The current discovery cutoff date of April 14, 2010 is vacated. The new discovery cutoff date is August 2, 2010.

The current expert discovery date of June 14, 2010 is vacated. The new expert discovery cutoff date is September 8, 2010.

The current deadline for hearings on motions for summary judgment of August 13, 2010 is vacated. The new deadline for hearings on motions for summary judgment is November 1, 2010.

All other dates in the Court's pre-trial scheduling order of April 21, 2009 remain unchanged.

**DATED: February 10, 2010**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE