Steven R. Blackburn   State Bar No. 154797
Matthew A. Goodin   State Bar No. 169674
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:   415.398.3500
Facsimile:    415.398.0955
sblackburn@ebglaw.com
mgoodin@ebglaw.com

Attorneys for Defendant,
SAVE MART SUPERMARKETS
(successor in interest to ALBERTSONS INC.
and ALBERTSONS LLC)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA VAN SCOY, LYNDA AZEVEDO, DIANA MURDOCK, CHRISTINA CARNES, MINA JO GUERRERO, MIRACLE JOHNSON, ROSANNE LAZUKA, PATRICIA LOGAN, TERESA LYON, THERESA ORTH, AND MARA GRACE SMITH,<br><br>            Plaintiff,<br><br>    v.<br><br>NEW ALBERTSON'S, INC., ALBERTSON'S, INC., SAVE-MART SUPERMARKETS, INC., LUCKY'S INC.; and DOES 1 through 25 inclusive,<br><br>            Defendant. | CASE NO.  2:08-cv-02237-MCE-KJN<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT SAVE MART SUPERMARKETS, INC. BY PLAINTIFF MARA GRACE SMITH** |

1  Plaintiff MARA GRACE SMITH hereby agrees to voluntarily dismiss, with prejudice, any and all of her claims asserted against Defendant SAVE MART SUPERMARKETS, INC.'s (successor in interest to Albertsons, Inc. and Albertsons LLC).  Plaintiff SMITH and Defendant SAVE MART agree that they will each bear their own fees and costs.

DATED: July 9, 2010                     BARWICK LAW FIRM

                                        By:   /s/
                                           Jill Barwick
                                           Attorneys for Plaintiffs
                                           ANDREA VAN SCOY, LYNDA
                                           AZEVEDO, DIANA MURDOCK,
                                           CHRISTINA CARNES, MINA JO
                                           GUERRERO, MIRACLE JOHNSON,
                                           ROSANNE LAZUKA, PATRICIA
                                           LOGAN, TERESA LYON, THERESA
                                           ORTH, and MARA GRACE SMITH

DATED: July 9, 2010                     EPSTEIN BECKER & GREEN, P.C.

                                        By:   /s/
                                           Steven R. Blackburn
                                           Matthew A. Goodin
                                           Attorneys for Defendant
                                           SAVE MART SUPERMARKETS

**IT IS SO ORDERED.**

**DATE: JULY 9, 2010**

                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com