Jill E. Barwick, Esq.
BARWICK LAW FIRM
1303 Jefferson Street, Suite 200A
Napa, CA 94559
Telephone:   (707) 258-1799
Attorney for Plaintiff

Steven R. Blackburn   State Bar No. 154797
Matthew A. Goodin    State Bar No. 169674
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:   415.398.3500
Facsimile:    415.398.0955
sblackburn@ebglaw.com
mgoodin@ebglaw.com
Attorneys for Defendant,
SAVE MART SUPERMARKETS
(successor in interest to ALBERTSONS INC.
and ALBERTSONS LLC)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREA VAN SCOY, LYNDA AZEVEDO, DIANA MURDOCK, CHRISTINA CARNES, MINA JO GUERRERO, MIRACLE JOHNSON, ROSANNE LAZUKA, PATRICIA LOGAN, TERESA LYON, THERESA ORTH, AND MARA GRACE SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>NEW ALBERTSON'S, INC., ALBERTSON'S, INC., SAVE-MART SUPERMARKETS, INC., LUCKY'S INC.; and DOES 1 through 25 inclusive,<br><br>        Defendant. | CASE NO.  2:08-cv-02237-MCE-KJN<br><br>**JOINT STIPULATION AND REQUEST TO MODIFY PRE-TRIAL SCHEDULING ORDER AND TO CONTINUE TRIAL AND ALL TRIAL-RELATED DATES; ORDER THEREON** |

The parties hereby jointly submit the following stipulation and request to continue the dates set forth in the Court's February 2, 2010 minute order setting trial and trial-related dates, and to modify the Court's pre-trial scheduling order dated February 10, 2010:

PDF created with pdfFactory trial version www.pdffactory.com

1   WHEREAS, in late 2009, Plaintiff's counsel, Jill Barwick, was notified that her father
2  was gravely and terminally ill;

3   WHEREAS Plaintiffs' counsel is a sole practitioner and needed to take time off to care
4  for her father and to administer his estate; that the day-to-day demands combined with the
5  uncertainty of his final day, other than it being "imminent," limited counsel's availability to
6  participate in discovery during that time period;

7   WHEREAS the parties accordingly agreed to place discovery on hold in this matter until
8  February 1, 2010;

9   WHEREAS, as of the date of this stipulation, Defendant has yet to complete the
10 depositions of eight (8) of the eleven (11) Plaintiffs, and Plaintiffs also need to complete the
11 depositions of key witnesses.  Depositions in this matter have been difficult to coordinate due to
12 the conflicting schedules of counsel and the witnesses.  Additionally, and pursuant to stipulation
13 by the parties, certain of the plaintiffs' depositions have taken more than one day to complete,
14 and it is expected that some of the remaining depositions of plaintiffs and key defense witnesses
15 will take more than one day to complete;

16  WHEREAS the parties believe that a modification of the current pre-trial scheduling
17 order and a continuance of the trial and trial-related dates is necessary to ensure that they can
18 conduct the necessary discovery related to their respective claims and defenses, and that
19 Defendant may timely file additional summary judgment motions as appropriate; and

20  WHEREAS the discovery cutoff date in this matter is currently set for August 2, 2010,
21 the expert discovery deadline is set for September 8, 2010, and the deadline for hearings on
22 motions for summary judgment is set for November 1, 2010.  The trial in this matter is currently
23 set for September 6, 2011, and the final pretrial conference is set for July 7, 2011.  The joint final
24 pretrial statement is due June 16, 2011, with evidentiary or procedural motions, oppositions and
25 replies thereto due filed by June 16, June 23, and June 30, respectively.  These motions are
26 currently scheduled to be heard at the final pretrial conference on July 7, 2011.  Trial briefs,
27 witness lists and exhibit lists are currently due filed by June 23, 2011.  The parties jointly
28 respectfully request that these dates be continued as follows:

PDF created with pdfFactory trial version www.pdffactory.com

- Discovery Cutoff: December 31, 2010
- Expert Disclosure: February 28, 2010
- Designation of Rebuttal Experts: March 21, 2010
- Last Day for Hearing on Dispositive Motions: April 29, 2011
- Joint Final Pretrial Conference Statement: July 18, 2011
- Evidentiary or Procedural Motions Due Filed: July 18, 2011
- Oppositions to Evidentiary/Procedural Motions: July 25, 2011
- Replies re: Evidentiary/ Procedural Motions: August 1, 2011
- Final Pretrial Conference: August 8, 2011
- Trial Briefs/Witness Lists/Exhibit Lists: July 25, 2011
- Trial: October 3, 2011

Respectfully submitted,

DATED:  August 5, 2010                    BARWICK LAW FIRM


By:   /s/
      Jill E. Barwick
Attorneys for Plaintiffs


DATED:  August 5, 2010                    EPSTEIN BECKER & GREEN, P.C.


By:   /s/
      Steven R. Blackburn
      Matthew A. Goodin
Attorneys for Defendant
SAVE MART SUPERMARKETS

PDF created with pdfFactory trial version www.pdffactory.com

### **ORDER**

Upon reviewing the parties' Stipulation and request to modify pre-trial scheduling order and continue trial and trial-related dates, and good cause appearing therefor, the Court hereby grants the parties' requests, in part, and modifies the current pre-trial scheduling order as follows:

- Discovery Cutoff:                                December 31, 2010
- Expert Disclosure:                               February 28, 2010
- Designation of Rebuttal Experts:                 March 21, 2010
- Last Day for Hearing on Dispositive Motions:     April 29, 2011

The dates associated with the Final Pretrial Conference and Trial will remain the same as previously established inasmuch as those dates have already been reserved by the Court and need not be changed, even after accommodating the extended deadlines now being afforded pursuant to the parties' stipulation.

IT IS SO ORDERED.

DATED: August 5, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com