1  Jill E. Barwick, Esq.
   BARWICK LAW FIRM
2  1303 Jefferson Street, Suite 200A
   Napa, CA 94559
3  Telephone:     (707) 258-1799
   attygirl@aol.com
4  Attorney for Plaintiff
   Andrea Van Scoy, et. al.
5
   Steven R. Blackburn   State Bar No. 154797
6  Matthew A. Goodin   State Bar No. 169674
   EPSTEIN BECKER & GREEN, P.C.
7  One California Street, 26th Floor
   San Francisco, California 94111-5427
8  Telephone:     415.398.3500
   Facsimile:     415.398.0955
9  sblackburn@ebglaw.com
   mgoodin@ebglaw.com
10 Attorneys for Defendant,
   SAVE MART SUPERMARKETS
11 (successor in interest to ALBERTSONS INC.
   and ALBERTSONS LLC)
12
13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16 ANDREA VAN SCOY, LYNDA AZEVEDO,        CASE NO.  2:08-cv-02237-MCE-KJN
   DIANA MURDOCK, CHRISTINA
17 CARNES, MINA JO GUERRERO,              **JOINT STIPULATION AND REQUEST
   MIRACLE JOHNSON, ROSANNE               TO CONTINUE HEARING ON
18 LAZUKA, PATRICIA LOGAN, TERESA         DEFENDANT'S MOTION FOR
   LYON, THERESA ORTH, AND MARA           SUMMARY JUDGMENT AS TO
19 GRACE SMITH,                           PLAINTIFF CHRISTINA CARNES;
                                          ORDER THEREON**
20              Plaintiff,
                                          **[FRCP RULE 6(b)(a)(A)]**
21       v.

22 NEW ALBERTSON'S, INC.,
   ALBERTSON'S, INC., SAVE-MART
23 SUPERMARKETS, INC., LUCKY'S INC.;
   and DOES 1 through 25 inclusive,
24
                Defendant.
25

26

27

28

SF:677617v1                              Joint Stipulation To Continue MSJ Hearing Date and Order
                                         Case No. 2:08-cv-02237-MCE-KJN

PDF created with pdfFactory trial version www.pdffactory.com

The parties hereby jointly submit the following stipulation and request to continue the date currently set for Defendant's Summary Judgment Motion as to Plaintiff Christina Carnes to allow Plaintiff the time to take the depositions of Defendant's witnesses who filed declarations in support of their summary judgment motion and Lois Douglas

On July 29, 2010 Defendant's filed a Motion for Summary Judgment as to Plaintiff Christina Carnes.  Plaintiff's opposition to this motion is due August 19, 1020.  The hearing is currently set for September 2, 2010.  The Discovery cut-off in this matter is December 31, 2010.

Plaintiff seeks a continuance of the motion to take the depositions of those individuals who have provided declarations in support of Defendant's Summary Judgment Motion, as well as that of defense witness Lois Douglas. Plaintiff believes the depositions of these witnesses are essential to the preparation of  Plaintiff's opposition to Defendant's Summary Judgment Motion.

Plaintiff has not requested any prior extensions of time for responding to Defendants Summary Judgment Motion as to Christina Carnes.  While Defendant believes the depositions are not necessary to oppose the motion, Defendant has nonetheless agreed to continue the hearing on its motion for summary judgment from September 2, 2010 to September 30, 2010, to allow Plaintiff to take depositions of the declarants and Lois Douglas.

Pursuant Rule 6 of the Federal Rule of Civil Procedure, the parties request the Court grant this stipulation to continue the hearing on this Motion for Summary Judgment as to Christina Carnes to September 30, 2010.

Respectfully submitted,

DATED:  August 13, 2010          BARWICK LAW FIRM

By: _____/s/_____
Jill E. Barwick
Attorney for Plaintiffs
Andrea Van Scoy, et al.

DATED:  August 13, 2010          EPSTEIN BECKER & GREEN, P.C.

By: _____/s/_____
Steven R. Blackburn
Matthew A. Goodin
Attorneys for Defendant

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com

Save Mart Supermarkets

## **<u>ORDER</u>**

Upon reviewing the parties' Stipulation and request to continue the hearing on Defendant's Motion for Summary Judgment as to Christina Carnes, and good cause appearing therefor, the Court hereby grants the parties' request for a continuance.

The hearing on Defendant's Motion for Summary Judgment as to Christina Carnes is continued to September 30, 2010 at 2:00 p.m.  Pursuant to Local Rule 78-230, Plaintiff's opposition to Defendant's Motion for Summary Judgment shall be filed on or by September 16, 2010, and Defendant's reply shall be filed on September 23, 2010.

Dated:  August 18, 2010

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 3 -

Joint Stipulation To Continue MSJ Hearing Date and Order
Case No. 2:08-cv-02237-MCE-KJN

PDF created with pdfFactory trial version www.pdffactory.com