1  Jill E. Barwick, Esq.
   BARWICK LAW FIRM
2  1303 Jefferson Street, Suite 200A
   Napa, CA 94559
3  Telephone:   (707) 258-1799
   attygirl@aol.com
4  Attorney for Plaintiff
   Andrea Van Scoy, et. al.
5
   Steven R. Blackburn   State Bar No. 154797
6  Matthew A. Goodin   State Bar No. 169674
   EPSTEIN BECKER & GREEN, P.C.
7  One California Street, 26th Floor
   San Francisco, California 94111-5427
8  Telephone:   415.398.3500
   Facsimile:    415.398.0955
9  sblackburn@ebglaw.com
   mgoodin@ebglaw.com
10 Attorneys for Defendant,
   SAVE MART SUPERMARKETS
11 (successor in interest to ALBERTSONS INC.
   and ALBERTSONS LLC)
12

13                **UNITED STATES DISTRICT COURT**

14                **EASTERN DISTRICT OF CALIFORNIA**

15

16 | ANDREA VAN SCOY, LYNDA AZEVEDO, | CASE NO.  2:08-cv-02237-MCE-KJN |
   | DIANA MURDOCK, CHRISTINA CARNES, MINA JO GUERRERO, MIRACLE JOHNSON, ROSANNE LAZUKA, PATRICIA LOGAN, TERESA LYON, THERESA ORTH, AND MARA GRACE SMITH, | **JOINT STIPULATION AND REQUEST TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF ROSANNE LAZUKA; ORDER THEREON** |
   |              Plaintiff,           |                                  |
   |        v.                          | **[FRCP RULE 6(b)(a)(A)]**      |
   | NEW ALBERTSON'S, INC., ALBERTSON'S, INC., SAVE-MART SUPERMARKETS, INC., LUCKY'S INC.; and DOES 1 through 25 inclusive, | |
   |              Defendant.            |                                  |

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties hereby jointly submit the following stipulation and request to continue the date currently set for Defendant's Summary Judgment Motion as to Plaintiff Rosanne Lazuka so that it can be heard concurrently with the Summary Judgment Motion as to Plaintiff Christina Carnes, which is currently scheduled for September 30, 2010.

On August 18, 2010, Defendants filed a Motion for Summary Judgment as to Plaintiff Rosanne Lazuka.  The hearing is currently set for September 16, 2010.

Plaintiffs' counsel seeks a continuance of the motion as she is unavailable to attend the hearing on September 16, 2010.  Plaintiffs have not requested any prior extensions of time for responding to Defendant's Summary Judgment Motion as to Rosanne Lazuka.  Defendants have agreed to continue the hearing on its motion for summary judgment from September 16, 2010 to September 30, 2010 to accommodate Ms. Barwick's schedule.

Pursuant Rule 6 of the Federal Rule of Civil Procedure, the parties request the Court grant this stipulation to continue the hearing on this Motion for Summary Judgment as to Rosanne Lazuka to September 30, 2010.

Respectfully submitted,

DATED:  August 25, 2010        BARWICK LAW FIRM

By:   /s/
    Jill E. Barwick
    Attorney for Plaintiffs
    Andrea Van Scoy, et al.

DATED:  August 25, 2010        EPSTEIN BECKER & GREEN, P.C.

By:   /s/
    Steven R. Blackburn
    Matthew A. Goodin
    Attorneys for Defendant
    Save Mart Supermarkets

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Upon reviewing the parties' Stipulation and request to continue the hearing on Defendant's Motion for Summary Judgment as to Rosanne Lazuka, and good cause appearing therefor, the Court hereby grants the parties' request for a continuance.

The hearing on Defendants' Motion for Summary Judgment as to Rosanne Lazuka is continued to September 30, 2010. Pursuant to Local Rule 230, Plaintiffs' opposition to Defendants' Motion for Summary Judgment shall be filed on or by September 16, 2010, and Defendants' reply shall be filed on September 23, 2010.

IT IS SO ORDERED.

DATED: August 30, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com