James C. Ashworth, SBN 151272
**THE ASHWORTH LAW OFFICE**
1105 Kennedy Place, Suite 8
Davis, CA 95616
Telephone: (530) 574-1130
Email: james.ashworth@lawofficemac.com

Attorneys for Plaintiffs

Robert D. Swanson, SBN 162816
Bruce M. Timm, SBN 199679
**BOUTIN JONES INC.**
555 Capitol Mall, Suite 1500
Sacramento, California 95814-4603
Telephone: (916) 321-4444
Email: RSwanson@boutinjones.com

Attorneys for Defendant, Save Mart Supermarkets
(successor in interest to Albertsons, Inc.
and Albertsons LLC)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrea Van Scoy, Lynda Azevedo, Diana Murdock, Christina Carnes, Mina Jo Guerrero, Miracle Johnson, Rosanne Lazuka, Patricia Logan, Teresa Lyon, Theresa Orth and Mara Grace Smith,<br><br>　　　Plaintiffs,<br><br>v.<br><br>New Albertson's, Inc., Albertson's, Inc., Save-Mart Supermarkets, Inc., Lucky's, Inc.,<br><br>　　　Defendants. | Case No.: 2:08-CV-02237-MCE-KJN<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Judge: The Hon. Morrison C. England, Jr. |

## STIPULATION

IT IS HEREBY STIPULATED by and between the Plaintiffs ANDREA VAN SCOY, LYNDA AZEVEDO, DIANA MURDOCK, CHRISTINA CARNES, MINA JO GUERRERO, MIRACLE JOHNSON, ROSANNE LAZUKA and THERESA ORTH, and Defendant SAVE-MART SUPERMARKETS (successor in interest to Albertsons Inc. and Albertsons LLC), through their designated counsel, that the above-captioned lawsuit filed by the Plaintiffs against the Defendants is dismissed, in its entirety, with prejudice pursuant to FRCP 41(a)(1) and (2).

///

| | | |
|---|---|---|
| | | Respectfully Submitted, |
| Dated: March 4, 2013 | | THE ASHWORTH LAW OFFICE |
| | By: | |
| | | /s/ as authorized on March 4, 2013 |
| | | James C. Ashworth |
| | | Attorney for Plaintiffs |
| Dated: March 4, 2013 | | BOUTIN JONES, INC. |
| | By: | |
| | | /s/ |
| | | Robert D. Swanson |
| | | Attorney for Defendant Save Mart Supermarkets (successor in interest to Albertsons Inc. and Albertsons LLC) |

## ORDER

Based on the stipulation of the parties and good cause appearing, the Court orders that the lawsuit entitled VAN SCOY, et al. v. NEW ALBERTSON'S, INC., et al., U.S. District Court case number 2:08-CV-02237-MCE-KJN, be dismissed with prejudice. The Clerk of Court is hereby directed to close this file.

Dated: March 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE